# Court of Appeals
# of the State of Georgia

ATLANTA, February 20, 2018

*The Court of Appeals hereby passes the following order:*

**A17A2048.  ROGER DALE WHITE v. DEBRA BURKE WHITE.**

Roger Dale White filed an action seeking to modify the amount of alimony he was ordered to pay his former wife.  The trial court entered summary judgment in his former wife's favor, and White filed this direct appeal.  This appeal, however, is barred by res judicata.

OCGA § 5-6-35 (a) (2) provides that "[a]ppeals from judgments or orders in divorce, alimony, and other domestic relations cases" must be brought by application for discretionary appeal. See *Massey v. Massey*, 294 Ga. 163, 165 (2) (751 SE2d 330) (2013). White filed an application for discretionary appeal, and it was denied on July 10, 2017. See Case No. A17D0514. Because that denial was an adjudication on the merits, the doctrine of res judicata also bars this direct appeal. See *Northwest Social & Civic Club, Inc. v. Franklin*, 276 Ga. 859, 860 (583 SE2d 858) (2003); *Hook v. Bergen*, 286 Ga. App. 258, 260-261 (1) (649 SE2d 313) (2007). Therefore, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta, 02/20/2018*
      *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court hereto affixed the day and year last above written.*



_____ *, Clerk.*